UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number C 07 0471 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Loretta Semenske,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Pfizer, Inc., et al.<br>　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, LORETTA SEMENSKE, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

Dated this 12th day of January, 2009.

*J. Franklin Long*
J. FRANKLIN LONG
Counsel for Plaintiff, Loretta Semenske
Law Offices of J. Franklin Long
727 Bland Street
Bluefield, WV 24701
(304) 327-5544 Phone
(304) 325-8854 Facsimile
joe@jfranklinlong.com E-mail Address

-1-

Dated this __14th__ day of __May__, 2009.

DLA PIPER (US) LLP

By: _____/s/ Michelle W. Sadowsky_____
MICHELLE W. SADOWSKY
Attorneys for Defendants
DLA Piper (US) LLP
1251 Avenue of the Americas
New York, NY 10020-1104
(212) 783-3755 Phone
(212) 783-3785 Facsimile
michelle.sadowsky@dldapiper.com E-mail Address

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated this __19th__ day of __May__, 2009.

_____
Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**